Case 1:23-cv-00038-MJT   Document 3   Filed 01/27/23   Page 1 of 3 PageID #: 95

CV22-15090

E-Filed for Record
1/23/2023 10:21 AM
Newton County District Clerk , TX
By: Bobbie Smith

CAUSE NO. CV22-15090

| | | |
|---|---|---|
| **ROSEWOOD ASSISTED LIVING CENTER, INC.,** | § § § | IN THE DISTRICT COURT OF |
| *Plaintiff,* | § § | |
| v. | § § | NEWTON COUNTY, TEXAS |
| **MOUNT VERNON FIRE INSURANCE COMPANY,** | § § § § | |
| *Defendant.* | § | 1ST JUDICIAL DISTRICT |

### DEFENDANT MOUNT VERNON FIRE INSURANCE COMPANY'S ORIGINAL ANSWER AND JURY DEMAND

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant, Mount Vernon Fire Insurance Company ("Defendant"), and files this its Original Answer to Plaintiff's Original Petition, and would respectfully show unto the Court the following:

### I.
### ORIGINAL ANSWER

Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendant generally denies, each and every, all and singular, the allegations contained within Plaintiff's Original Petition and demands strict proof thereon, by a preponderance of the credible evidence, in accordance with the Constitution and laws of the State of Texas.

### II.
### JURY DEMAND

Defendant herein makes demand for a jury trial in this case.

## III.
## PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant Mount Vernon Fire Insurance Company prays that upon final trial and hearing thereof, Plaintiffs recover nothing from Defendant and Defendant goes hence without delay and recovers costs of court and other such further relief, both general and special, to which Defendant may be justly entitled.

Respectfully submitted,

By:   */s/Nicholas Smith*
Daniel P. Buechler
State Bar No. 24047756
dbuechler@thompsoncoe.com
Nicholas Smith
State Bar No. 24093175
nsmith@thompsoncoe.com
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 North Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:    (214) 871-8200
Facsimile:    (214) 871-8209

**ATTORNEYS FOR DEFENDANT
MOUNT VERNON FIRE INSURANCE
COMPANY**

## CERTIFICATE OF SERVICE

This is to certify that on January 23, 2023, a true and correct copy of the foregoing was served upon the following counsel of record in accordance with the Texas Rules of Civil Procedure:

Benjamin R. Crowell III
CROWELL & KUCERA, PLLC
2028 E. Ben White Blvd., Suite 240-2015
Austin, Texas 78741
ben@ck-firm.com

   */s/Nicholas Smith*
Nicholas Smith

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Cathy Schmitz on behalf of Daniel Buechler
Bar No. 24047756
cschmitz@thompsoncoe.com
Envelope ID: 72029199
Status as of 1/23/2023 10:41 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Ben Crowell | | ben@ck-firm.com | 1/23/2023 10:21:47 AM | SENT |
| Brennan Kucera | | brennan@ck-firm.com | 1/23/2023 10:21:47 AM | SENT |
| Lillian Zuniga | | lillian@ck-firm.com | 1/23/2023 10:21:47 AM | SENT |
| Lillian Zuniga | | lillianpzuniga@gmail.com | 1/23/2023 10:21:47 AM | SENT |
| Daniel Buechler | | DBuechler@thompsoncoe.com | 1/23/2023 10:21:47 AM | SENT |
| Nicholas Smith | | nsmith@thompsoncoe.com | 1/23/2023 10:21:47 AM | SENT |
| Veronica Flores | | vflores@thompsoncoe.com | 1/23/2023 10:21:47 AM | SENT |
| Christi Crafton | | ccrafton@thompsoncoe.com | 1/23/2023 10:21:47 AM | SENT |