IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| ROSEWOOD ASSISTED LIVING CENTER, INC., <br><br> *Plaintiff,* <br><br> VS. <br><br> MOUNT VERNON FIRE INSURANCE COMPANY, <br><br> *Defendant.* | § § § § § § § § § § § § | CIVIL ACTION NO. 1:23-CV-00038 <br> JUDGE MICHAEL J. TRUNCALE |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice. [Dkt. 13]. The Parties are seeking a dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each Party bearing its own attorney's fees and costs.

It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 19th day of September, 2023.**

Michael J. Truncale
United States District Judge